McGREGOR W. SCOTT
United States Attorney
BOBBIE J. MONTOYA
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814-2322
Telephone:  (916) 554-2700
Fax:  (916) 554-2900
JOHN C. CUSKER
Special Assistant U.S. Attorney
333 Market Street, Suite 1500
San Francisco, CA 94105
Telephone:  (916) 977-8943
Fax:  (415) 744-0134
Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JEFFREY DANIELS,

     Plaintiff,

  v.

JO ANNE B. BARNHART,
Commissioner of
Social Security,

     Defendant.

CASE NO. 2:05-CV-00942-PAN (JFM)

STIPULATION AND ORDER
SETTLING ATTORNEY'S FEES
PURSUANT TO THE EQUAL
ACCESS TO JUSTICE ACT (EAJA)

It is stipulated by the parties through their undersigned counsel, with the Court's approval, that

counsel for Plaintiff be awarded attorney's fees under the Equal Access to Justice Act (EAJA) in the

amount of TWO THOUSAND FIVE HUNDRED AND 00/100 DOLLARS ($2,500.00), for

compensation for legal services rendered on Plaintiff's behalf, pursuant to 28 U.S.C. § 2412(d),

thereby constituting a compromise settlement for all fees under the EAJA in this action, but not

constituting any admission of Defendant's liability under the EAJA in this action.

Payment of the amount specified above shall constitute a complete release from and bar to any

and all claims of Plaintiff's counsel relating to EAJA fees in connection with this action, without

1    prejudice to any future request for fees under the Social Security Act, 42 U.S.C. § 406(b).

2

3    DATE: November 21, 2006          */s/ David M. Shore (as authorized on November 21, 2006)*
4                                      DAVID M. SHORE
                                       Attorney at Law
5
                                       Attorney for Plaintiff
6

7    DATE: November 30, 2006          McGREGOR W. SCOTT
                                       United States Attorney
8                                      BOBBIE J. MONTOYA
                                       Assistant U.S. Attorney
9

10                          By:      */s/ Bobbie J. Montoya for*
                                       JOHN C. CUSKER
11                                     Special Assistant U.S. Attorney

12                                     Attorneys for Defendant

13

14   OF COUNSEL:
     LUCILLE GONZALES MEIS
15   CHIEF COUNSEL, REGION IX
     UNITED STATES SOCIAL SECURITY ADMINISTRATION
16

17

18

19

20

21

22

23

24

25

26

27

28
     DANIELS v. Barnhart
     EAJA Stip & Order
     2:05-cv-00942-PAN (JFM)          **2**

<u>ORDER</u>

Counsel for Plaintiff is hereby awarded attorney's fees pursuant to the Equal Access to Justice Act in the amount of $2,500.00, pursuant to the stipulation of the parties.

APPROVED AND SO ORDERED.

DATED: <u>December 7, 2006.</u>

UNITED STATES MAGISTRATE JUDGE

13/Moulds Social Security Cases
Daniels.stipord.eajafees.ss.wpd

DANIELS v. Barnhart
EAJA Stip & Order
2:05-cv-00942-PAN (JFM)                    **3**